**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

THIERNO ABASS BALDE,

Petitioner,

v.

CRAIG LOWE, *Warden of Pike County Correctional Facility*,

Respondent.

No. 4:26-CV-02188

(Chief Judge Brann)

**ORDER**

**OCTOBER 5, 2026**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Balde's 28 U.S.C. § 2241 petition (Doc. 1) is **DENIED** without prejudice to his right to raise his claims in a future petition; and
2. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge